IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mounia, Margie L

Printed: 9/3/08

Case Number: 05 B 10632
Judge: Wedoff, Eugene R
Filed: 3/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 1, 2008
Confirmed: May 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,765.61 |  |
| Secured: |  | 1,207.63 |
| Unsecured: |  | 8,059.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 632.38 |
| Other Funds: |  | 165.61 |
| Totals: | 12,765.61 | 12,765.61 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Lighthouse Financial Group | Secured | 1,207.63 | 1,207.63 |
| 3. | AmeriCash Loans, LLC | Unsecured | 37.20 | 64.90 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 205.90 | 359.19 |
| 5. | Commonwealth Edison | Unsecured | 532.40 | 928.87 |
| 6. | Harrah's | Unsecured | 75.01 | 130.88 |
| 7. | City of Chicago Heights | Unsecured | 72.50 | 126.50 |
| 8. | Lighthouse Financial Group | Unsecured | 32.94 | 57.48 |
| 9. | Jefferson Capital | Unsecured | 307.41 | 536.37 |
| 10. | Midland Credit Management | Unsecured | 173.75 | 303.10 |
| 11. | Premier Bankcard | Unsecured | 91.83 | 160.22 |
| 12. | Empress Riverboat Casino | Unsecured | 36.25 | 63.24 |
| 13. | Nicor Gas | Unsecured | 315.46 | 550.32 |
| 14. | AmeriCash Loans, LLC | Unsecured | 291.63 | 508.81 |
| 15. | Nationwide Acceptance Corp | Unsecured | 1,706.38 | 2,977.04 |
| 16. | Fast Cash Advance | Unsecured | 480.88 | 839.03 |
| 17. | Paragon Way Inc | Unsecured | 260.23 | 454.04 |
| 18. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 19. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | Jewel Osco | Unsecured |  | No Claim Filed |
| 22. | First National Bank of Omaha | Unsecured |  | No Claim Filed |
| 23. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 24. | Green Lawn Care | Unsecured |  | No Claim Filed |
| 25. | Majestic Star Casino | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mounia, Margie L | | Case Number: 05 B 10632 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | | Filed: 3/23/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 27. | Matteson Police Dept | Unsecured | | No Claim Filed |
| 28. | Matteson Police Dept | Unsecured | | No Claim Filed |
| 29. | Pay Day Loans | Unsecured | | No Claim Filed |
| 30. | Palisades Acquisition LLC | Unsecured | | No Claim Filed |
| 31. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Sprint PCS | Unsecured | | No Claim Filed |
| 34. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 35. | TCF Bank | Unsecured | | No Claim Filed |
| 36. | Village of Park Forest | Unsecured | | No Claim Filed |
| 37. | St James Hospital | Unsecured | | No Claim Filed |
| 38. | Village Of Matteson | Unsecured | | No Claim Filed |
| 39. | Telecheck | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,527.40 | $ 11,967.62 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 48.48 |
| 5.5% | 121.65 |
| 5% | 114.90 |
| 4.8% | 97.90 |
| 5.4% | 191.28 |
| 6.5% | 58.17 |
| | _____ |
| | $ 632.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____